Calvin Thompson, Appellant, v. Aurelia P. Lanphear and Others, Respondents.—Interlocutory judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Harry J. Ward, Respondent, v. International Railway Company and E. R. Thomas Motor Company of Buffalo, N. Y., Appellants.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the verdict is excessive, that error was committed in the charge and that improper remarks were made by plaintiff's counsel.

Anna Milewska, an Infant, by Mary Gonsiewska, Her Guardian ad Litem, Respondent, v. The Yates Hotel Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the plaintiff failed to establish actionable negligence on the part of the defendant or freedom from contributory negligence on her part.

The People of the State of New York, Respondent, v. Daniel B. Wooden, Appellant.— Order affirmed, with costs. All concurred.

Victoria R. Sheldon, Respondent, v. Chemung Canal Bank, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented.

Elizabeth A. Hickey, as Sole Administratrix, etc., of Charles D. Hickey, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the authority of *Ruleff* v. *N. Y. C. & H. R. R. R. Co.* (190 N. Y. 556, affg. 117 App. Div. 917). All concurred.

George Szag, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with

---

* See Laws of 1902, chap. 600; Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), art. 14.— [REP.